# United States Court of Appeals for the Federal Circuit

**AXONICS, INC.,**
*Appellant*

v.

**MEDTRONIC, INC.,**
*Appellee*

2022-1451, 2022-1452

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-0679, IPR2020-00715.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

July 10, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court